# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0952
LT Case No. 2021-CF-000004-A

_____

RANDY E. BRUTTON, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Marion County.
Robert William Hodges, Judge.

Randy E. Brutton, Jr., Cross City, pro se.

No Appearance for Appellee.

November 25, 2025

PER CURIAM.

    AFFIRMED.

JAY, C.J., and BOATWRIGHT and KILBANE, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————